# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  19−13288−BFK
**Chapter**  7
**Judge**  Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gaby A Touma
 47374 Westwood Place
Sterling, VA 20165

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1148

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF FAILURE TO PROSECUTE

To:  Moving or Prevailing Party

   Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*26* − Objection to Claim 3−1 and Notice of Opportunity for Hearing filed by Jacqueline Audrey Kramer of Westlake Legal Group on behalf of Gaby A Touma.(Kramer, Jacqueline)

   NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date:  February 21, 2020                    William C. Redden , Clerk
                                            United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]                  By /s/ Elizabeth W. Douglass
                                            Deputy Clerk